# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

USA

**EXHIBIT AND WITNESS LIST**

Bernard Langley (4), Clyde Meltzer (6)
Gov.
V.

Case Number: H- 10-787-S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mary Milloy | Gregg Costa | W. Odom / W. McMurrey |
| TRIAL DATE (S) Nrg Date 12/15/10 | COURT REPORTER ERO K-Gilyard | COURTROOM DEPUTY C. Jantowski |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | USA - Witness Matthew Boyden |
| 3 | | 12/15/10 | 3 | ✓ | Passport - Venezuela - Meltzer |
| 4 | | 12/15/10 | 4 | ✓ | US Passport - Expired - Meltzer |
| 5 | | 12/15/10 | 5 | ✓ | US Passport Current - Meltzer |
| | | | | | |
| | | | | | Exhibits for Deft / Meltzer |
| | 1 | 12/15/10 | 1 | ✓ | Recording - CD (Meltzer) |
| | 2 | 12/15/10 | 2 | ✓ | Transcript - (Meltzer) |
| | | | | | |
| | | | | | Witnesses for Deft / Langley John Greenslade Claire Langley |
| | 6 | 12/15/10 | 6 | ✓ | Indemnity Agreement |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.