UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.    § | Criminal No. H-10-787-SS |
| § | |
| BERNARD LANGLEY (4)    § | |
| Defendant.    § | |

### FINAL ORDER OF FORFEITURE (SWISS ACCOUNTS)

The Court has considered the United States Motion for Final Order of Forfeiture for the funds on deposit in four Swiss accounts associated with Defendant Bernard Langley. The Court has decided to grant the motion.

On October 20, 2011, Defendant Bernard Langley pleaded guilty to Count One of the Second Superseding Indictment, which charged the Defendant with conspiring to commit wire fraud in violation of 18 U.S.C. § 1349. A restitution order of $57,300,000 was imposed against the Defendant at his sentencing on October 10, 2013.

The Court entered a Preliminary Order of Forfeiture on October 28, 2014 (Dkt No. 403), preliminarily forfeiting all funds on deposit in the four listed Swiss accounts, pending a final order after adjudication of any claims filed by third parties. In accordance with FED.R.CRIM.P. 32.2(c)(2), the Court finds that the Defendant had an interest in the property being forfeited in this Final Order of Forfeiture.

The Preliminary Order of Forfeiture (Sixth) was served on the four companies in whose names the Swiss bank accounts are held. On January 26, 2015, the authorized representatives for each company signed Waivers of Interest in Property and Acknowledgement of Service (Dkt Nos. 406, 407, 408 & 409).

Notice of the forfeitures was published for at least 30 consecutive days beginning on November 8, 2014 (Dkt No. 405), and more than 60 days have passed since the first date of publication. The Court takes notice that no third party has filed a timely petition asserting a claim to any of the listed property.

Upon consideration of the law and the record in this case, the Court has decided as follows:

1. It is ORDERED that the following property is forfeited to the United States:

| No. | Amount | Asset Description |
| --- | --- | --- |
| 86 | all funds on deposit | Lombard Odier bank account with an account number ending in 0967, held in the name Barrington Services, S.A. |
| 87 | all funds on deposit | Lombard Odier bank account with an account number ending in 3001, held in the name Maytrade Group Limited |
| 89 | all funds on deposit | Banque Sarasin & Cie bank account with an account number ending in 7423, held in the name Mitigated Risks Corp. (also known as "MITI GATED Risks Corp.") |
| 90 | all funds on deposit | Banque Sarasin & Cie bank account with an account number ending in 7416, held in the name SOS International SA |

2. It is ORDERED that Barrington Services S.A. is held in default and has no legal right, title, or interest in the property being forfeited by this Order.

3. It is ORDERED that Maytrade Group Limited is held in default and has no legal right, title, or interest in the property being forfeited by this Order.

4. It is ORDERED that Mitigated Risks Corp. is held in default and has no legal right, title, or interest in the property being forfeited by this Order.

5. It is ORDERED that SOS International SA is held in default and has no legal right, title, or interest in the property being forfeited by this Order.

6. It is ORDERED that all persons who could claim any right, title or interest in or to the property being forfeited in this Order are held in default.

7. It is ORDERED that if the United States obtains custody of the funds, then the United States shall dispose of the forfeited property according to law.

8. It is ORDERED that the Clerk of the Court shall forward nine certified copies of this Final Order to the United States Attorney's Office, Attention: Assistant U.S. Attorney Kristine Rollinson, 1000 Louisiana, Ste. 2300, Houston, Texas 77002.

THIS IS A FINAL ORDER OF FORFEITURE.

Signed in Houston, Texas, on the **30th** day of **JANUARY** 2015.

_____
Sim Lake
United States District Judge